1  Jason R. Flanders (Bar No. 238007)
   Email: jrf@atalawgroup.com
2  Erica A. Maharg (Bar No. 279396)
   Email: eam@atalawgroup.com
3  Aqua Terra Aeris Law Group
   4030 Martin Luther King Jr. Way
4  Oakland, California 94609
   Telephone: (510) 473-8793
5

6  Daniel Cooper (Bar No. 153576)
   Email: daniel@sycamore.law
7  Sycamore Law, Inc.
   1004-B O'Reilly Avenue
8  San Francisco, California 94129
   Telephone: (415) 360-2962
9

10 Eric J. Buescher (Bar No. 271323)
   Email: eric@baykeeper.org
11 Nicole C. Sasaki (Bar No. 298736)
   Email: nicole@baykeeper.org
12 SAN FRANCISCO BAYKEEPER
   1736 Franklin Street, Suite 800
13 Oakland, California 94612
   Telephone: (510) 735-9700
14 Facsimile: (510) 735-9160

15
   Attorneys for Plaintiff
16 SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SUNNYVALE, a municipality,<br><br>Defendant, and<br><br>CITY OF MOUNTAIN VIEW, a municipality,<br><br>Defendant. | Civil Case No.: 5:20-cv-00824-EJD<br>*Consolidated with Case No. 5:20-cv-00826-EJD*<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Edward J. Davila |

Having considered Defendants' Motion for Leave to File a Supplemental Brief in Support of Defendants' Cross-Motion for Summary Judgment ("Motion") and Plaintiff's Opposition thereto, the Court finds that good cause does not exist to grant the Motion. Accordingly, the Court hereby DENIES the Motion.

IT IS SO ORDERED.

Date:

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE