DOWNEY BRAND LLP
MELISSA A. THORME (Bar No. 151278)
mthorme@downeybrand.com
BRIAN E. HAMILTON (Bar No. 295994)
bhamilton@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone:   (916) 444-1000
Facsimile:    (916) 444-2100

*Attorneys for Defendants,*
CITY OF SUNNYVALE and CITY OF MOUNTAIN VIEW

JOHN A. NAGEL, City Attorney (Bar No. 164796)
jnagel@sunnyvale.ca.gov
CITY OF SUNNYVALE
456 West Olive Avenue
Sunnyvale, CA 94086
Telephone:   (408) 730-7464

*Attorneys for Defendant,*
CITY OF SUNNYVALE

JENNIFER LOGUE (Bar No. 241910), City Attorney
MEGAN J. MAREVICH (Bar No. 288358), Assistant City Attorney
Megan.Marevich@mountainview.gov
CITY OF MOUNTAIN VIEW
500 Castro Street
Mountain View, CA 94041
Telephone:   (650) 903-6303

*Attorneys for Defendant,*
CITY OF MOUNTAIN VIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SUNNYVALE, a municipality;<br><br>Defendant, and<br><br>CITY OF MOUNTAIN VIEW, a municipality; Defendant. | Case No. 5:20-CV-00824-EJD<br>*Consolidated with Case No. 5:20-CV-00826-EJD*<br><br>**DECLARATION OF MELISSA A. THORME IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Crtrm:  4<br>Judge:  Edward J. Davila |

DECLARATION OF MELISSA A. THORME

I, Melissa A. Thorme, declare as follows:

1. I am a partner at the law firm of Downey Brand LLP, counsel for Defendants, CITY OF SUNNYVALE and CITY OF MOUNTAIN VIEW ("Cities"). I am duly licensed to practice law before this court. I have personal knowledge of the facts stated in this declaration and, if sworn as a witness, could and would competently testify thereto.

2. On July 12, 2022, I received an electronic version of the transcript for the May 11, 2022 Hearing of the Regional Board from the court reporter from the Regional Water Quality Control Board, San Francisco Bay Region ("Regional Board"). Relevant excerpts of the transcript related to the agenda item on the adoption of Municipal Regional Stormwater National Pollutant Discharge Elimination System Permit No. CAS612008 ("Permit") were attached to my declaration in support of the Cities' Motion for Leave to File a Supplemental Brief. (ECF No. 135-1, Ex. B.)

3. On July 13, 2022, I received from the State Water Resources Control Board ("State Board") a copy of a letter from Philip G. Wyels, Assistant Chief Counsel of the State Board, to Eric J. Buescher and Nicole C. Sasaki, dated July 13, 2022, not accepting San Francisco Baykeeper's untimely petition for review of the Permit. A copy of this letter was attached to my declaration in support of the Cities' Motion for Leave to File a Supplemental Brief. (ECF No. 135-1, Ex. C.)

4. My firm commenced work on drafting the Cities' Motion for Leave to File a Supplemental Brief on Wednesday, July 13, 2022 upon receiving the July 12, 2022 transcript and July 13, 2022 State Board letter. The Cities' Motion for Leave to File a Supplemental Brief was filed on July 18, 2022, three business days later.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of July, 2022, in Carmel, California.

By: *[signature]*

MELISSA A. THORME

1820813v1

Case No. 5:20-CV-00824-EJD

DECLARATION OF MELISSA A. THORME IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT